IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON BRIDGEWATER,<br><br>            Plaintiff,<br><br>     v.<br><br>HAYES VALLEY LIMITED PARTNERSHIP,<br>SHAWN BANKSON, JANE CREASON AND THE<br>LAW FIRM OF KIMBALL, TIREY AND ST.<br>JOHN LLP,<br><br>            Defendants.<br>_____/ | No. 10-03022 CW<br><br>ORDER REGARDING<br>PLAINTIFF'S<br>OPPOSITION TO<br>DEFENDANTS'<br>MOTIONS TO<br>DISMISS AND<br>VACATING<br>SEPTEMBER 30 and<br>OCTOBER 28, 2010<br>HEARINGS |

     On August 20, 2010, Defendants Hayes Valley Apartments II, LP, and Shawn Bankson, et. al. filed and served on Plaintiff Sharon Bridgewater motions to dismiss her complaint.  (Docket Nos. 31, 42 & 45).  Pursuant to this Court's Local Rule 7-3(a), any opposition was required to be filed and served on September 9, 2010.  As of September 27, 2010 no response has been filed with the Court. Plaintiff shall file an opposition to the motions to dismiss by October 4, 2010, or her case will be dismissed for failure to prosecute.  If an opposition is filed, Defendant's reply shall be due one week thereafter.

On September 17, 2010, Plaintiff attempted to refile her first amended complaint with errata.  Federal Rule of Civil Procedure 15(a)(1) provides that a party may amend its pleading once as a matter of course 21 days after serving it.  In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave.  Fed. R. Civ. P. 15(b).

Plaintiff filed her first amended complaint on August 6, 2010.  Thus, Plaintiff is required to seek the Court's leave to made any additional amendments to her August 6, 2010 complaint.  The Court also notes that more than a month passed between Plaintiff's filing of her first amended complaint, and her attempt to make corrections.  For these reasons, Plaintiff's errata accompanying her first amended complaint are rejected.

On September 17, 2010, Plaintiff filed a third motion for attorney sanctions.  Docket No. 69.  A hearing date was set for October 28, 2010.  Plaintiff filed a motion to shorten the time for considering her third motion for sanctions, so as to reschedule the hearing to September 30, 2010.  Docket No. 66.  Plaintiff filed her first motion for attorney sanctions on August 18, 2010, and her second on September 3, 2010.  Docket Nos. 40 & 58.  A hearing date was set for September 30, 2010.  Defendants have filed several responses in opposition to these motions for sanctions.  Docket Nos. 54, 55, 62 & 63.

Defendants' motions to declare Plaintiff a vexatious litigant and to dismiss Plaintiff's claims, and Plaintiff's motions for attorney sanctions are taken under submission on the papers.  The Court VACATES the hearings set for September 30, 2010 and October

2

28, 2010. Plaintiff's motion to shorten time for consideration of her third motion for sanctions is rendered moot.

IT IS SO ORDERED.

Dated 9/27/2010

CLAUDIA WILKEN
United States District Judge

3

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BRIDGEWATER,

        Plaintiff,

v.

HAYES VALLEY LIMITED PARTNERSHIP et al,

        Defendant.

Case Number: CV10-03022 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 27, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sharon Bridgewater
111 Preda Street, #7
San Leandro, CA 94577

Dated: September 27, 2010

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

4