IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHARON BRIDGEWATER,

       Plaintiff,

  v.

HAYES VALLEY APARTMENTS II, LLP; SHAWN BANKSON; JANE CREASON; AND THE LAW FIRM OF KIMBALL, TIREY AND ST. JOHN LLP,

       Defendants.
                             /

No. 10-03022 CW

ORDER VACATING CASE MANAGEMENT CONFERENCE

On August 20, 2010, Defendants Hayes Valley Apartments II, LLP, Shawn Bankson, Jane Creason, and Kimball, Tirey and St. John, LLP, filed and served on Plaintiff Sharon Bridgewater motions to dismiss her complaint. Docket Nos. 31, 42. Pursuant to this Court's Local Rule 7-3(a), any opposition was required to be filed and served on September 9, 2010. Plaintiff failed to respond by that date. On September 27, 2010, the Court ordered Plaintiff to respond by October 4, 2010. Docket No. 75. The October 4, 2010 deadline passed, and Plaintiff has not responded to Defendants' motions.

Plaintiff's suit will be dismissed for failure to prosecute. Plaintiff's motions to transfer the case and for attorney sanctions

are denied.  Docket Nos. 33, 58 & 69.  Defendants' motion to declare Plaintiff a vexatious litigant is taken under submission. Docket No. 23.  The Case Management Conference scheduled for October 19, 2010 at 2:00 PM is vacated.

IT IS SO ORDERED.

Dated 10/8/2010         
                        CLAUDIA WILKEN
                        United States District Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BRIDGEWATER,

        Plaintiff,

  v.

HAYES VALLEY LIMITED PARTNERSHIP et al,

        Defendant.
                                       /

Case Number: CV10-03022 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 8, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sharon Bridgewater
111 Preda Street, #7
San Leandro, CA 94577

Dated: October 8, 2010

                                     Richard W. Wieking, Clerk
                                     By: Nikki Riley, Deputy Clerk