IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHARON BRIDGEWATER,                             No. 10-03022 CW

      Plaintiff,                              PRE-FILING ORDER

  v.

HAYES VALLEY LIMITED PARTNERSHIP, et al.,

      Defendants.
_____/

    IT IS HEREBY ORDERED that the Clerk of the Court shall not accept for filing any further complaints filed by Sharon Bridgewater until that complaint has first been reviewed by the Court.  If the complaint concerns the state unlawful detainer action in the state case <u>Hayes Valley Limited Partnership v. Bridgewater</u>, No. CUD-06-617995, it will not be filed.

    IT IS SO ORDERED.

Dated: 2/11/11

                                        CLAUDIA WILKEN
                                        United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BRIDGEWATER,

        Plaintiff,

v.

HAYES VALLEY LIMITED PARTNERSHIP et al,

        Defendant.

Case Number: CV10-03022 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 11, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sharon Bridgewater
P.O. Box 422145
San Francisco, CA 94142-2145

Dated: February 11, 2011

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk

2