**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7            FOR THE NORTHERN DISTRICT OF CALIFORNIA

8  SHARON BRIDGEWATER,                    No. 10-03022 CW

9            Plaintiff,                   ORDER DENYING
                                          PLAINTIFF'S
10     v.                                 MOTION FOR
                                          RECONSIDERATION
11  HAYES VALLEY LIMITED PARTNERSHIP, et  TO VACATE OR
    al.,                                  ALTER JUDGMENT
12

13          Defendants.
    _____/

14

15      Plaintiff Sharon Bridgewater moves for reconsideration and to

16  vacate or alter a judgment pursuant to Federal Rule of Civil

17  Procedure 59(e).  This motion seeks to vacate or alter the Court's

18  February 22, 2011 order granting Defendants' motions to dismiss

19  Plaintiff's First Amended Complaint and to declare Plaintiff a

20  vexatious litigant and denying Plaintiff's motion to amend her

21  complaint.

22      Rule 59(e) provides that "any motion to alter or amend a

23  judgment shall be filed no later than 10 days after entry of

24  judgment."  Fed. R. Civ. P. 59(e).  Rule 59(e) motions are

25  interpreted as motions for reconsideration, and are appropriate if

26  the district court "(1) is presented with newly discovered

27  evidence, (2) committed clear error or the initial decision was

28

United States District Court
For the Northern District of California

1   manifestly unjust, or (3) if there is an intervening change in

2   controlling law."   School Dist. No. 1J, Multnomah County, Oregon v.

3   AcandS, Inc., 5 F.3d 1255, 1263 (9th Cir. 1993).

4        In her motion, Plaintiff repeats many of the arguments

5   addressed in the February 22, 2011 order.   She also argues the

6   motion is supported by another amended complaint she wishes to file

7   against Defendants for violations of the Federal False Claims Act.

8   Plaintiff's arguments do not meet any of the requirements for

9   reconsideration.   Therefore, Plaintiff's motion for reconsideration

10  is denied.   The new amended complaint that Plaintiff wishes to file

11  shall be returned to Plaintiff.   Plaintiff did not seek leave to

12  file it and cannot file it as a matter of right.   See Federal Rule

13  of Civil Procedure 15(a).   The above entitled case is closed.

14

15       IT IS SO ORDERED.

16

17  Dated: 12/6/2011

     _____
     CLAUDIA WILKEN
18   United States District Judge

19

20

21

22

23

24

25

26

27

28
                                    2

**United States District Court**
For the Northern District of California

1

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

2

3

BRIDGEWATER,

4                                                      Case Number: CV10-03022 CW

Plaintiff,

5                                                      **CERTIFICATE OF SERVICE**

v.

6

HAYES VALLEY LIMITED PARTNERSHIP et

7  al,

8              Defendant.

                                        /

9

10  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

11

12  That on December 6, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located

13  in the Clerk's office.

14

15

Sharon  Bridgewater

16  Bridgewater and Company Inc
In Care of: Sharon Bridgewater

17  965 Mission Street, Suite 409
San Francisco,  CA 94104

18

Dated: December 6, 2011

19                              Richard W. Wieking, Clerk
                              By: Nikki Riley, Deputy Clerk

20

21

22

23

24

25

26

27

28                              3